UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Starr v. Van Kampen Investments, Inc., et al. | Civil No. 05-md-0502 (JFM)<br>(Hon. J. Frederick Motz) |

## STIPULATION AND ORDER

**WHEREAS** Plaintiff, Zachary Alan Starr ("Plaintiff"), filed his Verified Derivative Complaint in the above-captioned matter on February 22, 2005, and

**WHEREAS** the Verified Derivative Complaint alleges that defendants participated in the "market timing" and "late trading" of Van Kampen mutual funds,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants Van Kampen Investments Inc., Van Kampen Asset Management Inc., Van Kampen Investor Services Inc., Van Kampen Funds Inc., Morgan Stanley, Morgan Stanley Investment Advisors Inc., Morgan Stanley Investments LP, Morgan Stanley Investment Management Inc., David C. Arch, J. Miles Branagan, Jerry D. Choate, Rod Dammeyer, Linda Hutton Heagy, R. Craig Kennedy, Howard J. Kerr, Hugo F. Sonnenshein, Jack E. Nelson, Suzanne H. Woolsey, Mitchell C. Merin, Richard F. Powers, Wayne W. Whalen, and Nominal Defendants Van Kampen Equity and Income Fund, Van Kampen Equity Trust, the Van Kampen Investment Companies, and the Van Kampen Mutual Funds (the "Stipulating Defendants"), as follows:

(1) This action should be coordinated for pretrial proceedings with MDL Docket No. 1586, *In re Mutual Funds Investment Litigation* ("MDL 1586");

(2) The Stipulating Defendants shall file a defendant-specific motion to dismiss in accordance with the limitations approved by the Court during the February 23, 2005, telephone conference, on the following schedule:

(a) The Stipulating Defendants shall file their brief in support of their motion to dismiss, not to exceed the 20 page limit set by the Court for similar briefs in MDL 1586, by April 4, 2005;

(b) Plaintiff shall file his opposition papers, not to exceed a page limit to be set by the Court for similar briefs in MDL 1586, by May 9, 2005;

(c) The Stipulating Defendants shall file their reply papers, not to exceed a page limit to be set by the Court for similar briefs in MDL 1586, by May 30, 2005;

(d) The parties shall participate in oral arguments on June 16-17, 2005, in accordance with the February 23, 2005, telephone conference;

(3) The Stipulating Defendants shall, to the extent appropriate, incorporate by reference arguments applicable to them contained in the Fund Defendants' Omnibus Motions to Dismiss Plaintiffs' Consolidated Amended Fund Derivative Complaints, to be filed on February 25, 2005; and

(4) The undersigned counsel for the Stipulating Defendants warrant they are authorized to and do hereby accept service of the Verified Derivative Complaint filed in the above captioned Action, waive service of a summons in this

Action, and do not require service of the complaint in the manner provided by Federal Rule of Civil Procedure 4.

Dated: February 28, 2005

**CHIMICLES & TIKELLIS LLP**

By: *[signature]*
Denise Davis Schwartzman
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

*Counsel for Plaintiff*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *[signature]*
Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Counsel for Defendants Van Kampen Investments Inc., Van Kampen Asset Management, Van Kampen Funds Inc., Morgan Stanley, Morgan Stanley DW Inc., Morgan Stanley Investment Advisors, Inc., Morgan Stanley Investments LP, Mitchell C. Merin and Richard F. Powers*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM

By: *[signature]*
Charles F. Smith
Lee Garner
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
(312) 407-0700

*Counsel for Defendants David C. Arch, J. Miles Branagan, Jerry D. Choate, Rod Dammeyer, Linda Hutton Heagy, R. Craig Kennedy, Howard J. Kerr, Jack E. Nelson, Hugo F. Sonnenschein, Suzanne H. Woolsey and Wayne W. Whalen, and Nominal Defendants Van Kampen Equity and Income Fund, Van Kampen Equity Trust and the "Van Kampen funds"*

IT IS SO ORDERED:

Dated: *March 2*, 2005

*[signature]*
Hon. J. Frederick Motz
United States District Judge

3

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  
                      ss.:  
COUNTY OF NEW YORK )

Louis Ferrari, being duly sworn, deposes and says

1.  I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2.  On March 1, 2005, I served a true copy of the foregoing STIPULATION AND ORDER and letter dated February 28, 2005 on the following:

        **see attached service list**

3.  I made such service by personally depositing true copies of the aforementioned documents, enclosed in properly addressed, postpaid wrappers into an official depository under the exclusive care and of the United States Postal Service within the State of New York.

                                                  _____  
                                                    Louis Ferrari

Sworn to before me this  
1st day of March, 2005  
_____  
Notary Public

KEITH R. WHITMAN  
Notary Public, State of New York  
No. 02WH6094073  
Qualified in New York County  
Commission Expires June 16, 2007

Doc#: NY6: 185617.1

Morgan Stanley Staff Litigation Service List

John B. Isbister
Tydings & Rosenberg
100 East Pratt Street
26th Floor
Baltimore, MD 21202


Clinton A. Krislov
Krislov & Associates, Ltd.
20 North Wacker Drive
Suite 1350
Chicago, IL 60606


Mark A. Perry
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036


Denise Davis Schwartzman
Chimicles & Tikellis LLP
361 W. Lancaster Avenue
Haverford, PA 19041


Charles P. Smith, Jr.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606


Stanley M. Grossman
Pomerantz, Haudek, Block, Grossman
  & Gross, LLP
100 Park Avenue
New York, NY 10017


Daniel W. Krasner
Wolf Haldenstein Adler Freeman
  & Hertz LLP
270 Madison Avenue
New York, NY 10016